**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| **Bryon Bedell,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:26-cv-2339-SAL-TER** |
| | ) | |
| **Transworld Systems Inc.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF SETTLEMENT**

Defendant, Transworld Systems Inc., with permission of plaintiff, hereby notifies the Court that the parties have settled this matter. The parties anticipate filing a stipulation of dismissal within thirty (30) days.

Dated: September 3, 2026

Respectfully submitted,

*/s Matthew O. Riddle*

D. Jay Davis, Jr. Federal I.D. #: 6723
Matthew O. Riddle Federal I.D. #: 12239
Dale R. Patterson Federal I.D. #: 14378
P.O. Box 993, Charleston, SC 29402
(843) 720-5406;
jdavis@ycrlaw.com,
mriddle@ycrlaw.com,
dpatterson@ycrlaw.com
Attorneys for the Defendant

**CERTIFICATE OF SERVICE**

I certify that on September 3, 2026, a copy of this filing was served on plaintiff via email as follows:

Byron Bedell
byronbedell@gmail.com

*s/ Kimberly B. Smalls*